UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80122-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

v.

ARMAN ABOVYAN,

Defendant.
_____/

FILED by _____ D.C.

JUL 13 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE THE SOUTHERN DISTRICT OF FLORIDA FOR VISITING FAMILY DURING MONTHS OF JULY, AUGUST AND SEPTEMBER, 2018 [DE 21]

**THIS CAUSE** is before the Court upon Defendant, Arman Abovyan's Unopposed Motion to Allow Defendant to Travel outside the Southern District of Florida for Visiting Family During Months of July, August and September, 2018 [DE 21] ("Motion"). The Court having reviewed said Motion, noting no objection from the Government, and being otherwise duly advised herein, it is hereby:

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Allow Defendant to Travel outside the Southern District of Florida for Visiting Family during Months of July, August and September, 2018 [DE 21] is **GRANTED**. Defendant shall be permitted to travel to the Naples, Sarasota, and Orlando in July, August, and September of 2018 to visit family and friends. Seventy-two (72) hours before each trip, Defendant shall notify Pretrial Services in writing of his precise itinerary for travel, including the address(es) where he will be staying each day, who he will be staying with, and the phone numbers at which he can be contacted while in the Middle District of Florida. Defendant shall notify Pretrial Services of his

return to this district within twenty-four (24) hours of each return, and Defendant shall comply with orders of probation while in the Middle District of Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 13th day of July, 2018.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE