**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 18-80122-CR--DMM**

**UNITED STATES OF AMERICA,**

      *Plaintiff,*

vs.

**ARMAN ABOVYAN,**
**TINA BARBUTO**

      *Defendants.*
_____/

**DEFENDANTS' JOINT MOTION TO CONTINUE**
**TRIAL DATE CURRENTLY SET FOR AUGUST 27, 2018 AT 9:00 AM**

    The Defendants, ARMAN ABOVYAN and TINA BARBUTO, through their respective undersigned counsel jointly and respectfully request this Honorable Court to enter an order continuing the trial date that is currently set for August 27, 2018 at 9:00AM and as grounds would state the following:

    1. The Defendants are currently charged by Indictment in the above styled case with the following offenses: Count One- Conspiracy to Possess, Distribute, and Dispense Controlled Substances, in violation of 21 U.S.C. 846; Count Two- Unlawful Dispensing of Controlled Substances, in violation of 21 U.S.C. 841(a)(1); and Count Three-Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. 846. [DE 3]. The Defendants are facing a total maximum sentence of imprisonment of 50 years if convicted.

    2. The Defendants were arraigned on July 6, 2018, entered their plea of not guilty and requested the Standing Discovery Order to be entered.

    3. Counsel for both Defendants received the Government's First Response to the

1

Standing Discovery Order on or about July 20, 2018 [DE 26].  The first set of Discovery Documents included bank records and a limited subset of photographs and 302s.  As part of its Discovery Response, the Government required the Defendants to provide them with 1-Terabyte external hard drives in order to provide the much larger subset of Discovery in this case.  Due to technical difficulties, the Terabyte hard drive was received by Barbuto's team on August 10, 2018.

Due to a password protection error with regard to the initial external hard drive that the Abovyan team received from the government, which was subsequently clarified, as well as having to meet with agents in order to learn how to navigate the external drive, counsel for Defendant Abovyan has not yet been able to perform any meaningful review of these materials as of yet.

It is counsels' understanding that the data on the hard drive represents all of the electronic records pertaining to patients of Reflections Treatment Center and Journey to Recovery. These records are part of the KIPU electronic medical record storage system that was maintained at the facilities.  We note that many of the Interview Reports are not labeled in a way that would allow the Defendants to streamline review.  The reports are labeled with numerical internal names and not by name of the individual, making review slower than normal.

4. Additionally, the government has provided two discs containing recorded interviews, documents obtained from SAMHSA, and additional interview reports as well as seven encrypted CD's containing scanned copies of evidence boxes that were obtained from the searches of Reflections Treatment Center, Journey to Recovery and the home of Kenneth Chatman. There are also three additional encrypted CD's containing additional treatment records from KIPU. All of these additional electronic materials were received on August 14, 2018.

5. The Defendants expect to receive additional electronic materials as a result of their initial Discovery Conferences. There may be a need to view additional items of discovery that are being housed at the FBI Office in Miramar, Florida. There are also numerous documents and papers purportedly found at Defendant Barbuto's storage unit that have yet to be scanned and provided to the Defendants.

6. Due to the volume of the Discovery alone, it would be impossible for the Defendants to conduct meaningful and certainly cannot complete review before August 27, 2018.

7. Additionally, there have been approximately (14) related individual defendant cases involving Reflections Treatment Center and Journey to Recovery, both of which facilities the Defendant is alleged to have been involved with. All of these prior related cases resulted in guilty pleas with no trials and as such a complete review of all documents relevant to those matters must be reviewed and potential witnesses investigated in order to be properly prepared for trial. In addition, the Government has indicated that it may supercede this indictment to include additional charges and/or will use all of the related conduct in the above referenced cases as inextricably intertwined evidence at this trial.

8. Finally, there is also a great likelihood that expert witnesses will be retained and called to testify in this case due to the nature of the allegations against the Defendants. Experts have not yet been retained, as complete Discovery is required before experts can review the case and provide meaningful opinions.

9. Accordingly, an extended period of time to prepare for trial will be necessary in this case because to review the terabyte of electronic discovery, prepare experts and provide the relevant discovery to experts in this case will take quite some time.

10. Undersigned counsel has conferred with A. Marie Villafana, Assistant United

States Attorney handling this matter for the government and while she understands that there is a fairly large amount of discovery for counsel to review, she will not oppose a continuance of up to 45 days.

11. Based upon the voluminous amount of discovery materials provided thus and the complex nature of the allegations involved, the Defendants are requesting a period of at least 120 days in order to properly prepare this matter for trial.

WHEREFORE, the Defendants request this Court enter an order continuing the trial date that is set for August 27, 2018 for at least 120 days.

Respectfully submitted,

JONATHAN S. FRIEDMAN, P.A.
ONE EAST BROWARD BLVD.
SUITE 925
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 713-2820
FACSIMILE (954) 745-4910
EMAIL: JFRIEDMANLAWFIRM@GMAILCOM


/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN
FLORIDA BAR NUMBER: 973297


ROBIN KAPLAN-ELIANI
ROBIN ELIANI PLLC
701 BRICKELL AVENUE, SUITE 1550
MIAMI, FLORIDA 33131
(305) 373-4400
EMAIL:  ROBIN@ROBINELIANI.COM

/S/ Robin Kaplan-Eliani_____
Robin Kaplan Eliani
Florida Bar Number 773751

4

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 16, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States Attorney's Office, and other counsel of record, if any, using CM/ECF system.

/S/ Jonathan S. Friedman
JONATHAN S. FRIEDMAN, ESQ.
Attorney for Arman Abovyan
FLORIDA BAR NUMBER: 0973297

/s/Robin Kaplan-Eliani
ROBIN KAPLAN-ELIANI
Attorney for Tina Barbuto
Florida Bar Number 773751