UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80122-Cr-Middlebrooks/Brannon(s)



UNITED STATES OF AMERICA

v.

ARMAN ABOVYAN,

    **Defendant.**

_____/

## UNITED STATES' *EX PARTE* MOTION FOR REVOCATION OF RELEASE PURSUANT TO 18 U.S.C. § 3148(b)

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court for an Order revoking the release of Defendant Arman Abovyan due to the defendant's violation of two terms of his bond.

### Standard of Review

18 U.S.C. § 3148(a) states that a "person who has been released under section 3142 of this title, and who has violated a condition of his release, is subject to a revocation of release, an order of detention, and prosecution for contempt of court."

18 U.S.C. § 3148(b) provides:

> The attorney for the government may initiate a proceeding for revocation of an order of release by filing a motion with the district court. A judicial officer may issue a warrant for the arrest of a person charged with violating a condition of release, and the person shall be brought before a judicial officer in the district in which such person's arrest was ordered for a proceeding in accordance with this section. To the extent practicable, a person charged with violating the condition of release that such a person not commit a Federal, State, or local crime during the period of release, shall be brought before the judicial officer who ordered the release and whose order is alleged to have been violated. The judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer –
>
> (1) finds that there is –

> (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or
>
> (B) clear and convincing evidence that the person has violated any other condition of release; and
>
> (2) finds that –
>
> (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or
>
> (B) the person is unlikely to abide by any condition or combination of conditions of release.
>
> If there is probable cause to believe that, while on release, the person committed a Federal, State, or local felony, a rebuttable presumption arises that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community. . . .

18 U.S.C. § 3148(b).

Upon the government's *ex parte* motion pursuant to Section 3148, the Court can grant "an immediate, but temporary, revocation of [the defendant's] . . . bond and issuance of an arrest warrant," followed by "the granting of a hearing immediately after the person is brought into custody to determine whether the bond should be permanently revoked." *United States v. Bowdach,* 561 F.2d 1160, 1166 (5th Cir. 1977). This allows the Court to address concerns regarding the defendant's risk of flight and the safety of the community as well as the defendant's due process concerns.

As will be discussed below, the defendant is due to appear in court tomorrow for an arraignment on a superseding indictment. While the government is filing this motion *ex parte* and under seal to insure that the defendant does not fail to appear, at this time, the government is not seeking the issuance of an arrest warrant. Rather, the government asks that the Court address the issue following the arraignment.

**Procedural History**

On June 19, 2018, a federal grand jury returned a three-count indictment charging defendant Arman Abovyan, M.D., and another with conspiracy to unlawfully distribute and dispense controlled substances, unlawfully dispensing a controlled substance, and possession with intent to distribute several controlled substances (DE1). The defendant was arrested and made his initial appearance on June 26, 2018 (DE10).

At his initial appearance, the Court released the defendant on a $300,000 personal surety bond with several conditions (DE11). Two of the special conditions were "Avoid all contact with victims of or witnesses to the crimes charged, except through counsel" and "Defendant can prescribe Xanax, Alprazolam, Percocet, Tramadol, and Adderal as medically necessary" (DE11 at 2). The second term was specifically discussed at the bond hearing, after the government asked the Court to impose a special condition prohibiting Dr. Abovyan from prescribing any controlled substance.

The defendant was warned that the violation of the conditions of release "may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine." (DE11 at p. 3) The defendant signed the bond acknowledging that he was obligated by law to comply with the bond's terms. In particular, "I promise to obey all conditions of this bond … [and] I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond." (*Id.*)

On July 6, 2016, the defendant was arraigned (DE18). Following a motion for continuance, trial was set for September 24, 2018 (DE37). On August 28, 2018, a superseding indictment was returned by the grand jury (DE45). The superseding indictment added charges of conspiracy to

commit health care fraud and additional substantive counts of unlawful dispensing of controlled substances (DE45). Two counts of obstruction of justice related only to the co-defendant also were added (DE45).

Arraignment on the superseding indictment is set for August 31, 2018. Counsel for the defendant and the defendant are expected to appear in Court on that date.

## Facts in Support of Motion to Revoke Bond

1. Abovyan is charged with conspiring with Tina Barbuto, Kenneth Chatman, Stefan Gatt, Laura Chatman, and others known and unknown to commit health care fraud in connection with his work at Reflections Treatment Center ("Reflections") and Journey to Recovery (Journey). Abovyan served as the medical director of Reflections and Journey from July 2016 through December 2016.

2. Reflections and Journey purported to provide addiction treatment to patients dealing with drug and alcohol abuse.

3. As the medical director of Reflections and Journey, Abovyan's medical services included patient visits and evaluations, providing prescriptions for bodily fluid testing, and providing prescriptions for drugs, including controlled substances. Abovyan employed a series of nurse practitioners who traveled to Reflections and Journey and examined patients. Abovyan accompanied the nurse practitioners on some occasions and they went alone on other occasions.

4. Many of the allegations contained in the indictment and superseding indictment relate to Abovyan's improper prescribing of controlled substances, particularly buprenorphine (brand name Suboxone), to Reflections and Journey patients. Amongst other improprieties, Abovyan prescribed buprenorphine when he did not have a proper DEA registration to dispense

4

that drug, and Abovyan provided pre-signed prescriptions to his nurse practitioner for her to fill out and give to patients with Abovyan having examined the patients.

5. Abovyan's nurse practitioners are witnesses related to Abovyan's involvement in all of the charged conduct – they are witnesses to many aspects of the alleged health care fraud and to the improper dispensing of buprenorphine and his prescribing of other controlled substances. One of the nurse practitioners (NP#1) was interviewed during the pre-indictment phase of the investigation. Her interview was recorded, and a copy of the recording along with an FBI-302 regarding the interview were provided to the defendant, through his counsel, in discovery.

6. In preparation for trial, NP#1 was contacted by the FBI by telephone to arrange a follow-up interview. During that telephone call, NP#1 told the FBI agent that she had been contacted directly by Abovyan via telephone and provided some details. NP#1 also stated that she had learned that Abovyan had contacted other nurse practitioners.

7. On August 30, 2018, NP#1 was interviewed at the FBI office in West Palm Beach. She re-confirmed that, within the past few weeks, she had been repeatedly contacted by Abovyan via her telephone. NP#1 stated that Abovyan had called her several times and left her a voicemail message. NP#1 played the voicemail message for the FBI. On the message, Abovyan stated that he wanted to talk to her. NP#1 stated that, on one occasion, she answered the telephone and spoke with Abovyan. During that telephone call, Abovyan stated that he wanted her to testify as a character witness.

8. NP#1 further stated that she had been contacted via text message by one of the other nurse practitioners (NP#2) who had worked with Abovyan and NP#1 at Reflections and Journey. The August 14, 2018 text message was sent from NP#2 to NP#1 and another one of the nurse practitioners. NP#2's text message stated: "Hey girls. Abovyan called me this morning. It may

come down to us being subpoenaed to testify on his behalf. He would like to speak with u guys. Just relaying the message."

9. During the August 30, 2018 interview, NP#1 stated that Abovyan was aware that she had previously been interviewed by the FBI. In particular, in 2017, NP#1 told Abovyan that she had been interviewed by the FBI. NP#1 did not tell Abovyan about the content of her interview, but Abovyan became very upset that NP#1 had spoken with the FBI.

10. As previously stated, one of Abovyan's Special Conditions of Bond was to "Avoid all contact with victims of or witnesses to the crimes charged, except through counsel." During the bond hearing, the Court made clear that this would prohibit both direct and indirect contact. The text message and the voicemail message are clear evidence of Abovyan's violation of that condition. NP#1 has confirmed that she had previously identified herself as a witness to Abovyan and her status as a witness was clear from the recorded interview and FBI-302 that were produced in discovery.

11. Attached hereto is the defendant's E-FORCSE report from June 26, 2018 through August 27, 2018. E-FORCSE is the state of Florida's prescription drug monitoring program. All controlled substance prescriptions are tracked and electronically maintained. As noted above, the terms of the bond strictly limited Abovyan's ability to prescribe controlled substances. As shown on the attached report, despite the order restricting Abovyan's prescribing, he has written 52 prescriptions for controlled substances outside of the scope of what he was allowed to prescribe, ranging from DEA Schedule II to V substances.

16. Some of the drugs prescribed by Abovyan were opiate-based pain medications, including hydrocodone, morphine, and opium.

17.　Two of the drugs Abovyan prescribed during this period, clonazepam and lorazepam, are drugs which are the basis for his charges under 21 U.S.C. 841(b)(2). Abovyan wrote 19 total prescriptions for these two drugs between July 10, 2018 and August 20, 2018.

## Conclusion

For the foregoing reasons, the United States submits that Arman Abovyan's order of release should be revoked because there is clear and convincing evidence that the defendant has violated two conditions of bond, that is, the prohibition against contacting witnesses and the prohibition on prescribing controlled substances outside the list previously set by the Court.

Accordingly, the United States respectfully requests that the Court set the matter for hearing at the Court's earliest convenience and either issue an arrest warrant or a summons. This motion is being provided to the Court *ex parte*. Accordingly, a copy has not been provided to counsel for the defendant. A copy will be provided to counsel for the defendant when the Court instructs the undersigned to do so.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:　*s/A. Marie Villafaña*
　　　A. Marie Villafaña
　　　Assistant United States Attorney
　　　Florida Bar No. 0018255
　　　United States Attorney's Office
　　　500 S. Australian Ave., Suite 400
　　　West Palm Beach, FL 33401
　　　Tel: 561-820-8711/Fax: 561-820-8777



**E-FORCSE**
Electronic-Florida Online Reporting of Controlled Substances Evaluation

Report Prepared: 08/27/2018

# Prescriber Activity Report

Date Range: 06/26/2018 – 08/27/2018

4052 Bald Cypress Way
Bin C-16
Tallahassee, FL 32399
(877) 719-3120

**Investigation Type:** Inappropriate Dispensing/Prescribing by a Registrant
**Case Number:** 16-2443
**Primary Drug Category:**
**Drug Product Name:**
**Case Notes:**
**Agency:** Florida Department of Financial Services/Division of Insurance Fraud
**Contact:** Marie LaMonica
**Phone:** 561-837-5665
**Email:** Marie.LaMonica@myfloridacfo.com

**ARMAN ABOVYAN**
50 NE 26TH AVE STE 305
POMPANO BEACH, FL 33062

## Report Criteria
DEA Number: FA1352246, Prescriber First Name: ARMAN, Prescriber Last Name: ABOVYAN

## Summary

| Prescriptions: 96 | Patients: 67 | Pharmacies: 45 |

## Prescriber Activity

| Last | First | DOB | Fill Date | Written Date | Drug Name | Qty | Supply | Store ID | Rx # | Pymt Type |
|------|-------|-----|-----------|--------------|-----------|-----|--------|----------|------|-----------|
|      |       |     | 08/23/2018 | 08/22/2018 | ALPRAZOLAM 0.5 MG TABLET | 90.0 | 30 | NOVA0059 | 04008780 | Comm Ins |
|      |       |     | 08/20/2018 | 08/20/2018 | ZOLPIDEM TARTRATE 10 MG TABLET | 30.0 | 30 | PROX5396 | 04171872 | Private Pay |
|      |       |     | 08/20/2018 | 08/20/2018 | CLONAZEPAM 0.5 MG TABLET | 30.0 | 30 | PROX5396 | 04171856 | Medicare |
|      |       |     | 08/20/2018 | 08/20/2018 | OPIUM TINCTURE 10 MG/ML | 9.0 | 60 | WALG0802 | 2511661 | Private Pay |

| Last | First | DOB | Fill Date ▼ | Written Date | Drug Name | Qty | Supply | Store ID | Rx # | Pymt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 08/20/2018 | 08/20/2018 | LORAZEPAM 0.5 MG TABLET | 45.0 | 30 | PROX5396 | 04171866 | Medicare |
| | | | 08/20/2018 | 08/20/2018 | CLONAZEPAM 0.5 MG TABLET | 90.0 | 30 | PROX5396 | 04171878 | Comm Ins |
| | | | 08/20/2018 | 08/20/2018 | LORAZEPAM 0.5 MG TABLET | 60.0 | 30 | PROX5396 | 04171877 | Private Pay |
| | | | 08/20/2018 | 08/20/2018 | TEMAZEPAM 15 MG CAPSULE | 30.0 | 30 | PROX5396 | 04171887 | Private Pay |
| | | | 08/20/2018 | 08/20/2018 | TRAMADOL HCL 50 MG TABLET | 60.0 | 30 | PROX5396 | 04171874 | Private Pay |
| | | | 08/20/2018 | 08/20/2018 | ALPRAZOLAM 0.5 MG TABLET | 60.0 | 30 | PROX5396 | 04171873 | Private Pay |
| | | | 08/19/2018 | 08/07/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | EXPR4317 | 1201822634231 | Comm Ins |
| | | | 08/17/2018 | 08/16/2018 | PHENTERMINE 37.5 MG TABLET | 30.0 | 30 | WALG4291 | 2263469 | Comm Ins |
| | | | 08/16/2018 | 08/07/2018 | LORAZEPAM 0.5 MG TABLET | 90.0 | 30 | LTC 4447 | 7084667 | Medicare |
| | | | 08/15/2018 | 08/15/2018 | ALPRAZOLAM 0.25 MG TABLET | 30.0 | 30 | HOLI7670 | 01095013 | Comm Ins |
| | | | 08/14/2018 | 08/14/2018 | LORAZEPAM 2 MG TABLET | 45.0 | 45 | WEST7049 | 245635 | Comm Ins |
| | | | 08/13/2018 | 08/13/2018 | ALPRAZOLAM 0.25 MG TABLET | 60.0 | 30 | PUBL5269 | 4022804 | Comm Ins |
| | | | 08/13/2018 | 08/13/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | PUBL5269 | 4022801 | Comm Ins |
| | | | 08/13/2018 | 08/13/2018 | TEMAZEPAM 30 MG CAPSULE | 30.0 | 30 | PUBL8558 | 4050210 | Medicare |
| | | | 08/13/2018 | 08/13/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | PUBL0020 | 4442465 | Comm Ins |
| | | | 08/13/2018 | 08/13/2018 | CLONAZEPAM 0.5 MG TABLET | 30.0 | 30 | WALG1252 | 2134185 | Comm Ins |
| | | | 08/10/2018 | 08/10/2018 | CLONAZEPAM 0.5 MG TABLET | 44.0 | 22 | HEAL5753 | 1295510 | Medicare |
| | | | 08/09/2018 | 08/09/2018 | ZOLPIDEM TART ER 12.5 MG TAB | 30.0 | 30 | PALM0777 | 44414 | Private Pay |
| | | | 08/09/2018 | 08/09/2018 | ZOLPIDEM TARTRATE 10 MG TABLET | 30.0 | 30 | DRUG1273 | 7434813 | Private Pay |
| | | | 08/09/2018 | 08/09/2018 | LYRICA 200 MG CAPSULE | 90.0 | 30 | WALM3769 | 4404944 | Comm Ins |
| | | | 08/09/2018 | 07/07/2018 | TRAMADOL HCL 50 MG TABLET | 14.0 | 7 | WALM3769 | 3008032 | Comm Ins |
| | | | 08/09/2018 | 08/09/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | PUBL0781 | 4037445 | Medicare |
| | | | 08/08/2018 | 08/08/2018 | HYDROCODONE-ACETAMIN 5-325 MG | 6.0 | 3 | HOLI0008 | 00999819 | Medicare |
| | | | 08/08/2018 | 08/08/2018 | DIAZEPAM 5 MG TABLET | 60.0 | 30 | HOLI8308 | 01030632 | Medicaid |
| | | | 08/08/2018 | 08/08/2018 | ALPRAZOLAM 1 MG TABLET | 60.0 | 30 | HOLI0008 | 00999817 | Medicare |

| Last | First | DOB | Fill Date ▼ | Written Date | Drug Name | Qty | Supply | Store ID | Rx # | Pymt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | 08/07/2018 | 08/07/2018 | LORAZEPAM 0.5 MG TABLET | 30.0 | 30 | MY C6625 | 96424 | Private Pay |
| ██ | ██ | ██ | 08/07/2018 | 08/07/2018 | ALPRAZOLAM 1 MG TABLET | 60.0 | 30 | PUBL3926 | 4038282 | Medicare |
| ██ | ██ | ██ | 08/02/2018 | 08/01/2018 | DEXTROAMP-AMPHETAMIN 30 MG TAB | 30.0 | 30 | HOLI8308 | 01029683 | Comm Ins |
| ██ | ██ | ██ | 08/01/2018 | 07/18/2018 | TRAMADOL HCL 50 MG TABLET | 30.0 | 15 | HEAL5753 | 1294106 | Medicare |
| ██ | ██ | ██ | 08/01/2018 | 07/18/2018 | TRAMADOL HCL 50 MG TABLET | 30.0 | 30 | HEAL5753 | 1293048 | Medicare |
| ██ | ██ | ██ | 08/01/2018 | 08/01/2018 | ZOLPIDEM TARTRATE 5 MG TABLET | 30.0 | 30 | HOLI8308 | 01029682 | Comm Ins |
| ██ | ██ | ██ | 08/01/2018 | 07/26/2018 | TRAMADOL HCL 50 MG TABLET | 30.0 | 30 | HEAL5753 | 1293053 | Medicare |
| ██ | ██ | ██ | 08/01/2018 | 07/18/2018 | LORAZEPAM 0.5 MG TABLET | 16.0 | 31 | HEAL5753 | 1293049 | Medicare |
| ██ | ██ | ██ | 08/01/2018 | 07/18/2018 | TRAMADOL HCL 50 MG TABLET | 31.0 | 30 | HEAL5753 | 1293044 | Comm Ins |
| ██ | ██ | ██ | 08/01/2018 | 07/01/2018 | TEMAZEPAM 30 MG CAPSULE | 30.0 | 30 | WALM3078 | 4404812 | Private Pay |
| ██ | ██ | ██ | 07/31/2018 | 07/31/2018 | TRAMADOL HCL 50 MG TABLET | 30.0 | 15 | HEAL5753 | 1295135 | Medicare |
| ██ | ██ | ██ | 07/31/2018 | 07/30/2018 | TESTOSTERONE 10 MG GEL PUMP | 60.0 | 30 | PALM0777 | 43970 | Private Pay |
| ██ | ██ | ██ | 07/30/2018 | 07/26/2018 | TEMAZEPAM 15 MG CAPSULE | 30.0 | 30 | HOLI0008 | 00997209 | Medicare |
| ██ | ██ | ██ | 07/30/2018 | 07/30/2018 | ALPRAZOLAM 0.5 MG TABLET | 60.0 | 30 | HOLI9728 | 00755936 | Comm Ins |
| ██ | ██ | ██ | 07/30/2018 | 06/28/2018 | ANDROGEL 1.62% GEL PUMP | 75.0 | 30 | WALG1296 | 3358220 | Medicare |
| ██ | ██ | ██ | 07/30/2018 | 07/30/2018 | TEMAZEPAM 30 MG CAPSULE | 30.0 | 30 | WALG5639 | 3004874 | Comm Ins |
| ██ | ██ | ██ | 07/27/2018 | 07/26/2018 | ALPRAZOLAM 0.25 MG TABLET | 30.0 | 30 | WALG5594 | 2210752 | Medicare |
| ██ | ██ | ██ | 07/27/2018 | 07/26/2018 | ZOLPIDEM TARTRATE 5 MG TABLET | 30.0 | 30 | HOLI2831 | 01154420 | Medicare |
| ██ | ██ | ██ | 07/27/2018 | 07/27/2018 | ALPRAZOLAM 0.5 MG TABLET | 60.0 | 30 | HOLI2831 | 01154418 | Medicare |
| ██ | ██ | ██ | 07/26/2018 | 07/26/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | WALG4064 | 3036497 | Medicare |
| ██ | ██ | ██ | 07/26/2018 | 07/25/2018 | LORAZEPAM 0.5 MG TABLET | 30.0 | 30 | PUBL8070 | 4460944 | Medicaid |
| ██ | ██ | ██ | 07/24/2018 | 07/24/2018 | ALPRAZOLAM 0.5 MG TABLET | 60.0 | 30 | PUBL5117 | 4437646 | Comm Ins |
| ██ | ██ | ██ | 07/24/2018 | 07/24/2018 | CLONAZEPAM 0.5 MG TABLET | 60.0 | 30 | WALG4291 | 2259730 | Medicare |
| ██ | ██ | ██ | 07/23/2018 | 07/19/2018 | CLONAZEPAM 0.5 MG TABLET | 31.0 | 31 | PRCX5396 | 04171027 | Medicare |
| ██ | ██ | ██ | 07/21/2018 | 07/19/2018 | DIAZEPAM 2 MG TABLET | 60.0 | 30 | HOLI1172 | 01964471 | Comm Ins |
| ██ | ██ | ██ | 07/21/2018 | 06/28/2018 | ZOLPIDEM TARTRATE 10 MG TABLET | 30.0 | 30 | WALG8313 | 1328152 | Comm Ins |

| Last | First | DOB | Fill Date ▼ | Written Date | Drug Name | Qty | Supply | Store ID | Rx # | Pymt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 07/19/2018 | 07/19/2018 | TRAMADOL HCL 50 MG TABLET | 62.0 | 31 | PROX5396 | 04171043 | Private Pay |
| | | | 07/19/2018 | 07/12/2018 | ALPRAZOLAM 0.6 MG TABLET | 60.0 | 30 | DELR8195 | 1495070 | Comm Ins |
| | | | 07/19/2018 | 07/19/2018 | CLONAZEPAM 0.5 MG TABLET | 93.0 | 31 | PROX5396 | 04171045 | Comm Ins |
| | | | 07/19/2018 | 07/19/2018 | LORAZEPAM 0.5 MG TABLET | 47.0 | 31 | PROX5396 | 04171036 | Medicare |
| | | | 07/19/2018 | 07/19/2018 | LORAZEPAM 0.5 MG TABLET | 62.0 | 31 | PROX5396 | 04171044 | Private Pay |
| | | | 07/19/2018 | 07/19/2018 | TEMAZEPAM 15 MG CAPSULE | 31.0 | 31 | PROX5396 | 04171049 | Private Pay |
| | | | 07/19/2018 | 07/19/2018 | ALPRAZOLAM 0.5 MG TABLET | 62.0 | 31 | PROX5396 | 04171042 | Private Pay |
| | | | 07/19/2018 | 07/19/2018 | ZOLPIDEM TARTRATE 10 MG TABLET | 31.0 | 31 | PROX5396 | 04171041 | Medicaid |
| | | | 07/19/2018 | 07/19/2018 | CLONAZEPAM 0.5 MG TABLET | 60.0 | 30 | HOL4458 | 008451110 | Comm Ins |
| | | | 07/19/2018 | 07/19/2018 | LORAZEPAM 2 MG TABLET | 30.0 | 30 | WESTT049 | 244879 | Comm Ins |
| | | | 07/17/2018 | 07/13/2018 | ADDERALL XR 30 MG CAPSULE | 30.0 | 30 | PUBL2409 | 2010550 | Medicaid |
| | | | 07/17/2018 | 07/12/2018 | ANDROGEL 1.62% GEL PUMP | 75.0 | 60 | HOLI7771 | 00891785 | Private Pay |
| | | | 07/16/2018 | 07/16/2018 | HYDROCODONE-CHLORPHEN ER SUSP | 100.0 | 6 | WALG3612 | 1519350 | Comm Ins |
| | | | 07/15/2018 | 06/28/2018 | DEXTROAMP-AMPHETAMIN 20 MG TAB | 30.0 | 30 | WALG4291 | 2258272 | Comm Ins |
| | | | 07/12/2018 | 07/12/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | HOL2831 | 01151007 | Private Pay |
| | | | 07/11/2018 | 07/11/2018 | ALPRAZOLAM 0.25 MG TABLET | 60.0 | 30 | PUBL5269 | 4022549 | Comm Ins |
| | | | 07/11/2018 | 07/11/2018 | CODEINE-GUAIFEN 10-100 MG/5 ML | 360.0 | 9 | PUBL5269 | 4022550 | Private Pay |
| | | | 07/11/2018 | 07/11/2018 | DIAZEPAM 5 MG TABLET | 30.0 | 30 | HOLI8308 | 01025995 | Medicaid |
| | | | 07/10/2018 | 07/10/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | HOLI0008 | 00933331 | Medicare |
| | | | 07/10/2018 | 07/10/2018 | LORAZEPAM 0.5 MG TABLET | 30.0 | 30 | HOLI8793 | 00888110 | Medicare |
| | | | 07/02/2018 | 07/02/2018 | HYDROCODONE-ACETAMIN 5-325 MG | 180.0 | 90 | WALG0926 | 2408109 | Comm Ins |
| | | | 07/02/2018 | 07/01/2018 | ALPRAZOLAM 0.25 MG TABLET | 60.0 | 30 | WAL-3081 | 4042142 | Private Pay |
| | | | 07/02/2018 | 07/02/2018 | TEMAZEPAM 15 MG CAPSULE | 30.0 | 30 | HOLI8308 | 01024577 | Comm Ins |
| | | | 07/02/2018 | 07/02/2018 | ALPRAZOLAM 0.25 MG TABLET | 60.0 | 30 | HOLI4371 | 00826376 | Medicare |
| | | | 07/02/2018 | 07/02/2018 | TEMAZEPAM 15 MG CAPSULE | 30.0 | 30 | HOLI0008 | 00991692 | Private Pay |
| | | | 07/02/2018 | 07/01/2018 | TEMAZEPAM 30 MG CAPSULE | 30.0 | 30 | WAL-3081 | 4042144 | Private Pay |

| Last | First | DOB | Fill Date | Written Date | Drug Name | Qty | Supply | Store ID | Rx # | Pymt Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 07/01/2018 | 06/28/2018 | ALPRAZOLAM 0.5 MG TABLET | 60.0 | 30 | WALG1222 | 2121088 | Comm Ins |
| | | | 07/01/2018 | 06/28/2018 | TRAMADOL HCL 50 MG TABLET | 31.0 | 31 | HEAL5763 | 1291498 | Comm Ins |
| | | | 06/29/2018 | 06/28/2018 | TRAMADOL HCL 50 MG TABLET | 62.0 | 31 | HEAL5753 | 1291502 | Medicare |
| | | | 06/28/2018 | 06/28/2018 | OXYCODONE HCL 15 MG TABLET | 120.0 | 20 | WALG4627 | 1909442 | Medicare |
| | | | 06/28/2018 | 06/28/2018 | HYDROCODONE-ACETAMIN 10-325 MG | 120.0 | 20 | WALG4627 | 1909441 | Medicare |
| | | | 06/28/2018 | 06/28/2018 | MORPHINE SULF ER 200 MG TABLET | 180.0 | 30 | WALG4627 | 1909443 | Medicare |
| | | | 06/28/2018 | 06/28/2018 | ALPRAZOLAM 0.5 MG TABLET | 60.0 | 30 | HOLI9447 | 00784291 | Private Pay |
| | | | 06/28/2018 | 06/28/2018 | HYDROCODONE-ACETAMIN 5-325 MG | 60.0 | 30 | HOLI9447 | 00784289 | Medicare |
| | | | 06/28/2018 | 06/28/2018 | TRAMADOL HCL 50 MG TABLET | 62.0 | 31 | HEAL5753 | 1291507 | Medicare |
| | | | 06/28/2018 | 06/28/2018 | TRAMADOL HCL 50 MG TABLET | 31.0 | 31 | HEAL5753 | 1291501 | Medicare |
| | | | 06/28/2018 | 06/28/2018 | ALPRAZOLAM 2 MG TABLET | 120.0 | 30 | WALG4627 | 1909440 | Medicare |
| | | | 06/27/2018 | 06/27/2018 | ALPRAZOLAM 0.5 MG TABLET | 30.0 | 30 | WALG3612 | 1517109 | Medicare |
| | | | 06/27/2018 | 06/27/2018 | TEMAZEPAM 15 MG CAPSULE | 30.0 | 30 | PALM0777 | 42394 | Comm Ins |
| | | | 06/27/2018 | 06/27/2018 | OXYCODONE-ACETAMINOPHEN 5-325 | 60.0 | 30 | HOLI9497 | 00616236 | Medicaid |

## Dispensers

| Store ID | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| DELR8195 | DELRAY SHORES PHARMACY | 124 NE 5TH AVE | DELRAY BEACH | FL | 33483 |
| DRUG1273 | DRUG TOWNE INC | 15111 S JOG RD | DELRAY BEACH | FL | 33446 |
| EXPR4317 | EXPRESS SCRIPTS | 4600 N HANLEY RD | SAINT LOUIS | MO | 63134 |
| HEAL5753 | HEALTHNET PHARMACY SRVCS | 15518 NW 77TH CT | MIAMI LAKES | FL | 33016 |
| HOLI7670 | HOLIDAY CVS, L.L.C. | 1 N FEDERAL HWY | FORT LAUDERDALE | FL | 33301 |
| HOLI9447 | HOLIDAY CVS, L.L.C. | 2150 E COMMERCIAL BLVD | FORT LAUDERDALE | FL | 33308 |
| HOLI4371 | HOLIDAY CVS, L.L.C. | 2390 N FEDERAL HWY | BOCA RATON | FL | 33431 |
| HOLI9728 | HOLIDAY CVS, L.L.C. | 6900 N UNIVERSITY DR | TAMARAC | FL | 33321 |
| HOLI4458 | HOLIDAY CVS, L.L.C. | 3915 W COMMERCIAL BLVD | TAMARAC | FL | 33309 |

| Store ID | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| HOLI2831 | HOLIDAY CVS, L.L.C. | 6464 W ATLANTIC AVE | DELRAY BEACH | FL | 33484 |
| HOLI1172 | HOLIDAY CVS, L.L.C. | 9940 YAMATO RD | BOCA RATON | FL | 33434 |
| HOLI7771 | HOLIDAY CVS, L.L.C. | 1501 S FEDERAL HWY | POMPANO BEACH | FL | 33062 |
| HOLI8308 | HOLIDAY CVS, L.L.C. | 2036 E ATLANTIC BLVD | POMPANO BEACH | FL | 33060 |
| HOLI0008 | HOLIDAY CVS, L.L.C. | 3 S POMPANO PKWY | POMPANO BEACH | FL | 33069 |
| HOLI8793 | HOLIDAY CVS, L.L.C. | 12080 S JOG RD | BOYNTON BEACH | FL | 33437 |
| HOLI9497 | HOLIDAY CVS, L.L.C. | 150 W CAMINO REAL | BOCA RATON | FL | 33432 |
| LTC 4447 | LTC PHARMA HLDG LLC | 2900 NW 60TH ST | FT LAUDERDALE | FL | 33309 |
| MY C6625 | MY COMMUNITY PHARMACY OF BOYNTON, INC. | 1050 GATEWAY BLVD | BOYNTON BEACH | FL | 33426 |
| NOVA0059 | NOVA SOUTHEASTERN UNIV CLINIC | PHARMACY | FT LAUDERDALE | FL | 33328 |
| PALM0777 | PALM MEDICINE INC. | 2711 E ATLANTIC BLVD | POMPANO BEACH | FL | 33062 |
| PROX5396 | PROXYCARE | 4700 SW 51ST ST | DAVIE | FL | 33314 |
| PUBL8070 | PUBLIX SUPER MARKETS | 3740 W HILLSBORO BLVD | DEERFIELD BEACH | FL | 33442 |
| PUBL3926 | PUBLIX SUPER MARKETS | 13860 S JOG RD | WEST DELRAY BEACH | FL | 33446 |
| PUBL0781 | PUBLIX SUPER MARKETS | 7431 N FEDERAL HWY | BOCA RATON | FL | 33487 |
| PUBL8558 | PUBLIX SUPER MARKETS INC | 4849 COCONUT CREEK PKWY | COCONUT CREEK | FL | 33063 |
| PUBL0020 | PUBLIX SUPER MARKETS, INC. | 1405 S FEDERAL HWY | POMPANO BEACH | FL | 33062 |
| PUBL6117 | PUBLIX SUPER MARKETS, INC. | 6270 W SAMPLE RD | CORAL SPRINGS | FL | 33067 |
| PUBL5269 | PUBLIX SUPER MARKETS, INC. | 2511 E ATLANTIC BLVD | POMPANO BEACH | FL | 33062 |
| PUBL2409 | PUBLIX SUPER MARKETS, INC. | 1140 SW 36TH AVE | POMPANO BEACH | FL | 33069 |
| WALG4064 | WALGREEN CO. | 601 E COMMERCIAL BLVD | OAKLAND PARK | FL | 33334 |
| WALG5594 | WALGREEN CO. | 6458 LINTON BLVD | DELRAY BEACH | FL | 33484 |
| WALG5639 | WALGREEN CO. | 1101 E ATLANTIC BLVD | POMPANO BEACH | FL | 33060 |
| WALG4291 | WALGREEN CO. | 15055 S JOG RD | DELRAY BEACH | FL | 33446 |
| WALG4627 | WALGREEN CO. | 5480 N UNIVERSITY DR | CORAL SPRINGS | FL | 33067 |
| WALG1222 | WALGREEN CO. | 340 W STATE ROAD 84 | FT LAUDERDALE | FL | 33315 |

| Store ID | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| WALG0802 | WALGREEN CO. | 1325 S MILITARY TRL | DEERFIELD BEACH | FL | 33442 |
| WALG1252 | WALGREEN CO. | 3914 W COMMERCIAL BLVD | TAMARAC | FL | 33309 |
| WALG0926 | WALGREEN CO. | 960 S POWERLINE RD | POMPANO BEACH | FL | 33069 |
| WALG1296 | WALGREEN CO. | 2355 NE 26TH ST | FT LAUDERDALE | FL | 33305 |
| WALG8313 | WALGREEN CO. | 110 NE 44TH ST | OAKLAND PARK | FL | 33334 |
| WALG3612 | WALGREEN CO. | 15 S OCEAN BLVD | POMPANO BEACH | FL | 33062 |
| WALM3078 | WALMART PHARMACY 10-3163 | 301 S STATE ROAD 7 | HOLLYWOOD | FL | 33023 |
| WAL-3081 | WAL-MART PHARMACY 10-4617 | 1199 S FEDERAL HWY | POMPANO BEACH | FL | 33062 |
| WALM3769 | WALMART PHARMACY #10-6190 | 1951 W HICKPOCHEE AVE | LABELLE | FL | 33935 |
| WEST7049 | WESTWOOD PHARMACY INC | 9101 LAKERIDGE BLVD | BOCA RATON | FL | 33496 |

## Therapeutic Class Summary

| Therapeutic Class 4 | Script Count | Patient Count | Pharmacy Count |
|---|---|---|---|
| BENZODIAZEPINES (ANXIOLYTIC,SEDATIV/HYP) | 51 | 39 | 33 |
| ANDROGENS | 3 | 3 | 3 |
| OPIATE AGONISTS | 19 | 13 | 8 |
| ANTITUSSIVES | 2 | 2 | 2 |
| ANTICONVULSANTS, MISCELLANEOUS | 1 | 1 | 1 |
| ANXIOLYTICS,SEDATIVES,AND HYPNOTICS,MISC | 7 | 6 | 6 |
| AMPHETAMINES | 3 | 3 | 3 |
| BENZODIAZEPINES (ANTICONVULSANTS) | 8 | 6 | 5 |
| ANTIDIARRHEA AGENTS | 1 | 1 | 1 |
| AMPHETAMINE DERIVATIVES | 1 | 1 | 1 |

## Disclaimer:

CONFIDENTIAL: This information obtained from E-FORCSE® contains confidential controlled substance prescription dispensing information. Release or

disclosure of confidential and exempt information may be a third-degree felony.

Disclaimer: The Department of Health makes no claims, promises, or guarantees the accuracy, completeness, or adequacy of the contents of the information in the E-FORCSE® database, and expressly disclaims liability for errors and omissions in the contents. The records herein are based on information submitted by pharmacies and dispensing health care practitioners. Records on this report should be verified before any clinical decisions are made or actions are taken.

8 / 8