UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-80122-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARMAN ABOVYAN,

    Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING BOND AND GRANTING BOND PENDING APPEAL

THIS CAUSE comes before the Court upon Defendant's Time-Sensitive Motion for Reconsideration of Order Denying Bond (D.E. 315). On April 16, 2020 I denied Defendant's Motion for Bond Pending Appeal. Defendant is asking the Court to reconsider its Order based on two changes in circumstances: first, the Eleventh Circuit has granted oral argument; and second, due to the increase of COVID-19 at FCI Miami. After reviewing the Defendant's motion for reconsideration and having previously found that the Defendant does not present a risk of flight or danger to the community and due to the exceptional circumstances of the impact of COVID-19 within the prison, I will release the Defendant on bond pending the outcome of his appeal. Therefore, it is,

**ORDERED AND ADJUDGED** that Defendant's motion for reconsideration (D.E. 315) is **GRANTED**. The Defendant shall be released from custody immediately on bond pending the outcome of his appeal. The $300,000 Personal Surety Bond entered on June 26, 2018 (D.E. 11) is reinstated with the following additional special condition:

> Home Detention with Electronic Monitoring - The defendant shall participate in the Home Detention Electronic Monitoring Program **until Defendant's appeal is decided**. During this time, the defendant shall remain at his place of residence except religious observances, medical appointments and other activities approved in advance and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding', 'call waiting', a modem, 'caller ID', or 'call back/call block' services for the above period. The defendant shall wear

an electronic monitoring device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.

All previous conditions of bond imposed remain in full force and effect.

**DONE AND ORDERED** at West Palm Beach, Florida this 20th day of July, 2020.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record